# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 19, 2025

Lyle W. Cayce
Clerk

No. 24-10496
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

LaDarius Alton Smith,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-211-1

───────────────────────────────

Before Wiener, Higginson, and Ho, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent defendant-appellant LaDarius Alton Smith has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Smith has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Smith's

───────────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10496

claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Smith's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.